**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

T. JEFFREY SIMPSON, on behalf of
himself and all others similarly
situated,
                              *Plaintiff,*

          and

CALIFORNIA STATE TEACHERS
RETIREMENT SYSTEM,
                    *Plaintiff-Appellant,*

          v.

HOMESTORE.COM, INC.; STUART H.
WOLFF; PETER B. TAFEEN;
PRICEWATERHOUSECOOPERS; AOL
TIME WARNER INC.; CENDANT
CORPORATION; RICHARD A. SMITH;
L90, aka Max Worldwide;
SMARTHOME, INC.; DAVID M.
ROSENBLATT; CATHERINE KWONG
GIFFEN; ALLAN P. MERRILL; SOPHIA
LOSH; JEFF KALINA; DAVID
COLBURN; ERIC KELLER,
                    *Defendants-Appellees.*

No. 04-55665

D.C. No.
CV-01-11115-
RSWL
Central District
of California,
Los Angeles

ORDER

On Remand from the United States Supreme Court

Filed March 26, 2008

Before: Robert R. Beezer, Thomas G. Nelson, and
Ronald M. Gould, Circuit Judges.

3037

## ORDER

Pursuant to the judgment of the United States Supreme Court issued on February 25, 2008 in *Avis Budget Group v. California State Teachers Retirement System*, 128 S. Ct. 1119, 169 L. Ed. 2d 945 (2008), we vacate our opinion at 452 F.3d 1040 (9th Cir. 2006), vacate the district court's decision, and remand for further proceedings which are consistent with the opinion of the Supreme Court.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson/West.